UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Kennith R Myles II #439074

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

%o Carr, %o D. Miller, Matt Macauley, B. Hadden, C. Battle, %o Bagley, Rn Stacy Rectenwal, %o Allen, N. Brooke, R. Brokaw NP Matthew Wideman, PC Houghton

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

FILED - GR
May 3, 2023 12:40 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW SCANNED BY: JW /S-3

1:23-cv-451
Jane M. Beckering - U.S. District Judge
Sally J. Berens - Magistrate Judge

## COMPLAINT
*(Print Clearly)*

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $402.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐   No ☑

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   _____

2. Is the action still pending?   Yes ☐   No ☐

   a. If your answer was no, state precisely how the action was resolved: _____

   _____

3. Did you appeal the decision?   Yes ☐   No ☐

4. Is the appeal still pending?   Yes ☐   No ☐

   a. If not pending, what was the decision on appeal? _____

   _____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐   No ☐

   a. If so, explain: _____

   _____

## II. Parties

### A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff **Kennith R Myles**

Place of Present Confinement **Carson City Correctional Facility**

Address **10274 Boyer Rd Carson City, MI 48811**

Place of Confinement During Events Described in Complaint **Bellamy Creek Correctional**

### B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 **RN Stacy Rectenwal**
Position or Title **Registered Nurse / Health Care**
Place of Employment **Bellamy Creek Correctional Facility**
Address **1727 W. Bluewater Hwy, Ionia, MI 48846**
Official and/or personal capacity? **Official**

Name of Defendant #2 **C/O D. Miller**
Position or Title **Correctional Officer / Yard Officer**
Place of Employment **Bellamy Creek Correctional Facility**
Address **1727 W. Bluewater Hwy, Ionia, MI 48846**
Official and/or personal capacity? **Official**

Name of Defendant #3 **C/O Carr**
Position or Title **Correctional Officer / Yard Officer**
Place of Employment **Bellamy Creek Correctional Facility**
Address **1727 W. Bluewater Hwy Ionia, MI 48846**
Official and/or personal capacity? **Official**

Name of Defendant #4 **Matt Macauley**
Position or Title **Warden / Bellamy Creek**
Place of Employment **Bellamy Creek Correctional Facility**
Address **1727 W. Bluewater Hwy Ionia, MI 48846**
Official and/or personal capacity? **Official**

Name of Defendant #5 **Matthew Wideman**
Position or Title **(NP), Nurse / Health Care**
Place of Employment **Bellamy Creek Correctional Facility**
Address **1727 W. Bluewater Hwy Ionia, MI 48846**
Official and/or personal capacity? **Official**

- 3 -

(W.D. Mich. Form – Last Revised: September 2021)

Name of Defendent #6: C/O Allen
Position or title: Correctional officer / 1st shift unit one "Seg"
Place of Employment: Bellamy Creek Correctional
Address: 1727 W. Bluewater Hwy Ionia, MI 48846
Official

Name of Defendent #7: Matthew Wideman
Position or title: Nurse (NP)  Health care
Place of employment: Bellamy Creek Correctional
Address: 1727 W. Bluewater Hwy Ionia, MI 48846
Official.

Name of Defendent #8: N. Brooke
Position or title: Greivance coordinator  Control Center
Place of employment: Bellamy Creek Correctional
Address: 1727 W. Bluewater Hwy Ionia, MI 48846
Cappacity:

Name of Defendent #9: R. Brokaw
Position or title: Grievance Coordinator Control Center
Place of Employment: Bellamy Creek Correctional Facility
Address: 1727 W. Bluewater Hwy Ionia, MI 48846
Capacity

Name of Defendant #10: B. Hadden
Position or Title: ADW / Control Center
Place of Employment: Bellamy Creek Correctional Facility
Address: 1727 W. Bluewater Hwy Ionia, MI 48846
Capacity

Name of Defendant #11: C. Battle
Position or Title: A-Rus / 1st shift unit one "seg"
Place of Employment: Bellamy Creek Correctional Facility
Address: 1727 W. Bluewater Hwy Ionia, MI 48846
Capacity

Name of Defendant #12: Houghton
Position or Title: PC unit one "seg"
Place of Employment: Bellamy Creek Correctional Facility
Capacity

Name of Defendant #13: Michigan Department of Correctional
Position or Title: Correctional Facility Official

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

On (2-6-23) A Incident Occurred at Bellamy Creek Housing unit 5, At 11:25am. I was Tackled By %o Carr and %o D. miller as I Fall My Shoulder Hit the Edge Dislocating My AC Joints. I asked Both %o's For medical the Tell me to Feel out a Health care kite. After a couple Hours in "Seg" the pain Increased an was unbarable I called For the %o He goes Found a nurse For me (RN) Stacy Come to My Cell window (8-12) She asked a Couple question an ask me to stand up streight so My Shoulders could Be strenghten. Then that when she ~~took~~ Made a False assesment an said nothing was wrong. This was Just the Begainning to the situation. On the Attach sheets I go into Detail about Everything. I Have Proof of the allegation that I'm claiming an why it came to Civil actions.

See Attachment For More Details on this Civil Action Case!!!

- 4 -                              (W.D. Mich. Form – Last Revised: September 2021)

Statement of Claim

(2-6-23) Incident

My name Kenneth Myles on (2-6-23) At Bellamy Creek Facility in Housing Unit 5 At 11:25 AM in Dayroom B, A incident occurred where #439074 Myles was Tackled By C/O Carr and C/O D. Miller. As I was Falling My left shoulder Hit the Edge of the wall which Dislocated My AC Joint.

When I was Transferred to Housing unit 8 (Temporary Segregation) I Asked Carr and D. Miller If I Could See Medical Cause My shoulder is in Pain. They Both Tell to Fill Out A Medical Kite An Blow My Request off. After I was Processed into Segregation the C/O Slide Me a Kite Into My Door. I Filled it out An slide it Back Into the Door to get Picked up. (When you are Been Processed into the Hole you supposed to Be Medically Cleared. This step was Completely Skipped By (IBC) this is M.D.O.C Policy)

A Hour or so Past the Pain intensity so Serve I call For the C/O an Bagged For Medical Attention. He goes Find (RN) Stacy She come to My Cell window (8-14) She Asked what Pain level. I tell Her A 9 out 10, She Asked If that was My Punching Shoulder.

(1)

I Tell Her "no", she Tell me to stand straight up so My shoulder Could Be Square. I Try to Do so An Managed to with great Pain. She said ain't nothing wrong an slide me Some Tylenol and Ibuprofen then walked off with the %. She never Asked me to take My shirt off or to see the shoulder. She never Physically check the Injury Nor make A Follow-up Appointment.

(2-12-23) I Kited medical Again to Be Seen My First Kite was never Responded Too. I Seat in (Temporary Segregation) For Seven Day until I Had to Re-Kited. On (2-13-23) I was Seen By (Rn) Justine Kelley After My visit, His Evaluation was completely Different From (Rn) Stacy ASSESSMENT (Verified in Medical Records). On (2-16-23) I Seen (NP) Matthew wideman After My visit, He too Made the same Evaluation As (Rn) ~~stacy~~ Justine Kelley which was Different From (Rn) Stacy Assessment (verified in medical Records).

(2-21-23) I Had My X-Ray which comFirel My Ac Joint Being Dislocated An Possible Rotator CuFF Injury Need A (MRI) To get more Details.(verified in Medical Records). On (3-2-23) I Seen (NP) Matthew wideman For A Follow-up For My X-Rays which Tell me my Results and Asked Would I Be open to A Pain Injection.

(2)

I say "Yes" cause I need something to ease the serve Pain. (verified in Medical Records).

On (3-8-23) I seen (NP) Matthew wicleman For My Pain Injection an Received A Sling For My Shoulder. (Verified in Medical Records). It take Thirty Two Day to Receive the Basic Care Treatment. Today is (4-27-23) Eighty Day after the incident, I still Haven't Received A (MRI), Still Haven't Receive a Date For Surgey Nor Seen a Real Doctor By law.

This unfair and unjust not only Have this Been Medical Malpratice, This Violate My 8th and 14th Amendment Constitutional Rights. M.D.O.C is Trying to Cover up this Incident, I was Hold in Segregation Forty Days after My Detention was up. Not For A Misconduct Ticket or noticed of Intent Cause they wanted too.

The Treatment I Received in Segregation was Unconstitutional As while. C/O Allen who worked First shift used Racial and Verbel Abused Against the whole B-upper Tier, I was in Cell (262) After I was Moved From Housing unit Eight.

(3)

I wrote a Grievance on this matter as while. After I Did this C/O Allen wrote A False class Three Misconduct on ME. I was scared He was going to Do something to My Food an Bring Harm to ME in form of Retaliation Due the Grievance Filed. (IBC) Never made A Attempt to Move ME Nor Him off the Same Tier After the Grievance was Filed. I Missed alot of meal Do to this an was Afraid of the Retaliation He would Do. This Truly messed with My Mental and made ME Extremely Paranoid which Cause ME to Be Depressed and scared. I mention this to My Physic Every visit But I still wasn't Moved.

On (4-6-23) I was Transferred to carson City Correctional Facility in Carson City, MI. (IBC) Never seen too ME Having A (MRI), Seeing a Doctor Nor Making Sure My shoulder was Right. This Transfer was out of Pure Retaliation Due to all the grievances I Filled against That Facility Period. They never thought about My well Being or Health this is Totally unacceptable By Medical and Constitutional standards. These ARE Proven Facts I Have My Medical Records, Pictures of My X-Ray on (2-21-23), Copy's of All the grievances Filed and Rejected at all

(4)

Three step's, along with all other Paper Trail. This Evidence shows A strong Case Against M.D.O.C For Medical Malpractice, unnecessary used of Force, Racial and Sexual verbal Abuse, Mental Distressed. Therefore I'll Be Pushing For Civil Action Aganist M.D.O.C On these grounds.

Kennith Myles
#439074

(5)

IV. **Relief**

State briefly and precisely what you want the court to do for you.

I need the Court to order M.D.O.C to Treat My Medical needs, also need the court order the Release of the "Critical Incident Report" that suppose to Been Filed (2-6-23) the Date of the Incident. I'm looking For Compensation For My Injurys, Mental Distressed and Racial un Sexual Verbal abuse. I Inckore also unjust Treatment.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☐ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☑ I request that this case be assigned to a district judge.

4-26-23
**Date**

**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

- 5 -                                    (W.D. Mich. Form – Last Revised: September 2021)

Kenneth Myles
#439074 Myles
Carson City Correctional Facility
10274 Boyer Rd
Carson City, MI 48811

U.S. D
1
GR



trict Court 399 Federal Building
0 Michigan St. NW
nd Rapids, MI 49503